IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(KANSAS CITY DOCKET)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JOSHUA E. DOMINGUEZ, and )<br>)<br>JOSE R. DOMINGUEZ, Jr., )<br>)<br>Defendants. )<br>_____ ) | Case No. 14-20051-01/02-CM-DJW |

### INDICTMENT

The Grand Jury charges that:

### Count 1

On or about December 13, 2013, in the District of Kansas, the defendant,

**JOSHUA E. DOMINGUEZ**,

having been convicted in 2008 of Aggravated Robbery and Aggravated Assault in Johnson County, Kansas District Court, case number 07 CR 708, crimes punishable by imprisonment for a term exceeding one year knowingly possessed in and affecting commerce a firearm, which was a Taurus Model PT 24/7 .45 caliber pistol, bearing serial number NFU83829, and .45 caliber ammunition, that had been shipped and transported in interstate commerce.

This was in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### Count 2

On or about December 13, 2013, in the District of Kansas, the defendant,

**JOSE R. DOMINGUEZ, Jr.,**

having been convicted in 2007 of Possession of Methamphetamine, in Johnson County, Kansas District Court, case number 06 CR 794, a crime punishable by imprisonment for a term exceeding one year knowingly possessed in and affecting commerce a firearm, which was a Ruger Mark II Target .22 caliber pistol, bearing serial number 219-98306, and .22 caliber ammunition, that had been shipped and transported in interstate commerce.

This was in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATION

1. The allegations contained in counts 1-2 are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offenses identified in counts 1-2, the defendant,

**JOSHUA E. DOMINGUEZ**, and

**JOSE R. DOMINGUEZ, Jr.**,

shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved or used in the knowing and willful commission of these offenses and intended to be used in the offense, including, but not limited to a Taurus Model PT 24/7 .45 caliber pistol, bearing serial number NFU83829, and Ruger Mark II Target .22 caliber pistol, bearing serial number 219-98306, seized on December 13, 2013, by the Kansas City, Kanas Police Department.

A TRUE BILL.

Dated: 5-14-2014                             s/*Foreperson*
                                             FOREPERSON

2

*s/Tristram W. Hunt*, KS Bar No. 18196   for:
BARRY R. GRISSOM
United States Attorney
District of Kansas
500 State Avenue, Suite 360
Kansas City, Kansas
Tel. 913-551-6730
Fax 913-551-6541
Ks. S. Ct. No. 10866
Barry.Grissom@usdoj.gov

**Penalties**

**Count 1-2:    Felon in possession of a firearm, in violation of Title 18 United States Code, Sections 922(g)(1) and 924(a)(2).**

- NMT 10 years imprisonment;
- NMT $250,000.00 fine;
- NMT 3 years S.R.; and
- $100 special assessment fee;
- Forfeiture allegation.